**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA    :    04-4198-CR

v.    :

FRANK TORO, JR.    :

<u>VOLUNTARY DISMISSAL AGREEMENT</u>

The parties now seek dismissal of this appeal. Pursuant to Fed. R. App. P. 42(b), the United States and the defendant Frank Toro, Jr., through the undersigned counsel, hereby stipulate and agree to dismissal of this appeal with prejudice, with each side to bear its own costs.

3/22/05
DATE

_____
CHRISTOPHER W. SCHMEISSER, A.U.S.A.
COUNSEL FOR APPELLANT U.S.A.

3/21/05
DATE

_____
DIANE POLAN
COUNSEL FOR DEFENDANT/APPELLEE

SO ORDERED:
FOR THE COURT:
Roseann B MacKechnie, Clerk
By:
_____     4/5/05
Deputy Clerk                  (Date)

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
        DEPUTY CLERK

CERTIFIED: 4-11-05