UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA           :     04-4198-CR

v.

FRANK TORO, JR.                    :

## VOLUNTARY DISMISSAL AGREEMENT

The parties now seek dismissal of this appeal. Pursuant to Fed. R. App. P. 42(b), the United States and the defendant Frank Toro, Jr., through the undersigned counsel, hereby stipulate and agree to dismissal of this appeal with prejudice, with each side to bear its own costs.

_____3/22/05_____                       _____3/21/05_____
DATE                                      DATE

CHRISTOPHER W. SCHMEISSER, A.U.S.A.       DIANE POLAN
COUNSEL FOR APPELLANT U.S.A.              COUNSEL FOR DEFENDANT/APPELLEE


SO ORDERED:
FOR THE COURT:
Roseann B MacKechnie, Clerk
By:
___Jeanine Cook___         ___4/5/05___
Deputy Clerk                  (Date)